Submitted April 11, affirmed May 4, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

YAUNIQUE EVERETTE BARCLIFF,
*Defendant-Appellant.*

Marion County Circuit Court
19CR53707; A174904

508 P3d 597

Robert F. Nichols, Jr., Senior Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anna Belais, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Patricia G. Rincon, Assistant Attorney General, filed the brief for respondent.

Before Powers, Presiding Judge, and Lagesen, Chief Judge, and Hellman, Judge.

PER CURIAM

Affirmed. *State v. Austin*, 316 Or App 56, 501 P3d 1136 (2021).